UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN DOE,

                         Plaintiff,           **25-CV-07235 (DEH) (VF)**

       -against-                         **ORDER**

CITIGROUP GLOBAL MARKETS, INC.,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 8, 2025, the Court entered a stipulation to stay the action pending arbitration. ECF No. 15. The parties are directed to provide a joint update on the status of the arbitration by **February 13, 2026**.

       SO ORDERED.

DATED:       New York, New York
                  February 6, 2026

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge