# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

February 13, 2026

**By ECF**
Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   Re: <u>Doe v. Citigroup Global Markets, Inc</u>., 1:25-cv-07235-DEH-VF

Dear Judge Figueredo:

 I represent the Plaintiff John Doe in the above-referenced matter and write with counsel for Defendant Citigroup Global Markets, Inc. in response to the Court's February 6, 2026 Order that the parties submit a joint report on the status of the arbitration. Arbitration has commenced before the AAA, an arbitrator has been selected, a scheduling order has been entered and discovery is underway.

Respectfully submitted,
*/s/ Catherine E. Anderson*
Catherine E. Anderson
Giskan Solotaroff & Anderson LLP
1 Rockefeller Plaza, 8th Floor
New York, New York 10020
canderson@gslawny.com

*Counsel for Plaintiff John Doe*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: **February 17, 2026**

The parties are directed to provide another joint status update by **July 1, 2026.**

---

1 Rockefeller Plaza, 8th Floor, New York, New York 10020
www.gslawny.com tel: 212.847.8315